| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) TEILBORG, JAMES A | 2. Court or Organization U. S. DISTRICT COURT | 3. Date of Report 05/09/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 401 WEST WASHINGTON STREET SUITE 523-SPC 51 PHOENIX, AZ 85003-2154 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $ 13,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. THE ARIZONA CLUB | HONORARY MEMBERSHIP (DUES, LIKE PRIVILEGES) | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1 ▓▓▓ CO. | E | Rent | M | W | | | | | |
| 2. RAW LAND, ▓▓▓ AZ (2000, $79,000.) | | None | L | R | | | | | |
| 3. AMERICAN SCANDIA ANNUITY | D | Dividend | N | T | | | | | |
| 4. G. E. ANNUITY POLICY # 1 | D | Dividend | N | T | | | | | |
| 5. G. E. ANNUITY POLICY # 2 | A | Dividend | K | T | | | | | |
| 6. HARTFORD LIFE ANNUITY | C | Dividend | M | T | | | | | |
| 7. PACIFIC LIFE ANNUITY # 1 | A | Dividend | K | T | | | | | |
| 8. LAKE PLEASANT 241 LIMITED PARTNERSHIP | D | Distribution | K | U | PARTIAL DIST | 4/06 | L | D | |
| 9. PACE MONEY MARKET INVESTORS, CLASS P | A | Interest | J | T | | | | | |
| 10. UBS BANK USE DEP ACCT | A | Interest | J | T | | | | | |
| 11. BANK OF AMERICA ACCTS | A | Interest | K | T | | | | | |
| 12. CHASE ACCT (FORMERLY BANK ONE) | A | Interest | K | T | | | | | |
| 13. RMA MONEY MARKET PORTFOLIO | B | Dividend | J | T | | | | | |
| 14. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 15. NATIONWIDE LIFE POLICY | D | Dividend | M | T | | | | | |
| 16. PACIFIC LIFE ANNUITY POLICY # 2 (SELECT EXEC II) | D | Dividend | O | T | | | | | |
| 17. EQUITABLE LIFE POLICY | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS AMCAP FUND, CLASS F | B | Dividend | M | T | BUY | 4/6 | J | | |
| 19. LORD ABBETT MIDCAP VALUE FUND, CLASS A | C | Dividend | L | T | PARTIAL SELL | 4/6 | J | B | |
| 20. | | | | | PARTIAL SELL | 9/16 | K | C | |
| 21. HARTFORD LIFE INSURANCE LEADERS ANNUITY | A | Dividend | L | T | | | | | |
| 22. ▓▓▓▓▓▓▓▓ | | None | L | U | | | | | |
| 23. DAVIS NY VENTURE FUND, INC. CLASS A | A | Dividend | K | T | PARTIAL SELL | 9/16 | K | C | |
| 24. | | | | | BUY | 9/19 | K | | |
| 25. FIRST EAGLE SOGEN FDS INC. OVERSEAS FUND | | None | | | SELL ALL | 9/16 | K | C | |
| 26. CALVERT INCOME FUND CLASS A | A | Dividend | | | SELL ALL | 9/16 | K | | |
| 27. PIMCO TOTAL RETURN FUND, CLASS A | A | Dividend | J | T | PARTIAL SELL | 9/16 | K | A | |
| 28. | | | | | BUY | 9/19 | J | | |
| 29. TARGET TOTAL RETURN BOND PORTFOLIO | A | Dividend | | | SELL ALL | 9/16 | K | A | |
| 30. COMMAND BANK | A | Interest | | | SELL ALL | 5/13 | J | | |
| 31. CALAMOS GROWTH FUND CLASS A | A | Dividend | L | T | PARTIAL SELL | 9/16 | J | B | |
| 32. CALAMOS GROWTH & INCOME FUND CLASS A | B | Dividend | K | T | PARTIAL SELL | 4/6 | K | A | |
| 33. EXCELSIOR VLAUE RESTRUCTURING FUND | A | Dividend | K | T | | | | | |
| 34. EVERGREEN FUNDS GROWTH FUND, CLASS A | A | Dividend | | | SELL ALL | 9/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Colunm C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY ADVISORS SMALL CAP FUND | D | Dividend | M | T | PARTIAL SELL | 9/16 | K | C | |
| 36. GE US EQUITY FUND CLASS A | | None | | | SELL ALL | 4/6 | K | B | |
| 37. ING GNMA INCOME FUND CLASS A | B | Dividend | K | T | BUY | 4/6 | J | | |
| 38. PIMCO REAL RETURN FUND CLASS A | A | Dividend | | | SELL ALL | 4/6 | K | A | |
| 39. PIONEER HIGH YIELD FUND CLASS A | A | Dividend | | | SELL ALL | 4/6 | K | | |
| 40. ROYCE FUND PENNSYLVANIA MUTUAL FD | A | Dividend | | | SELL ALL | 9/16 | J | A | |
| 41. ROYCE LOW PRICED STOCK FUND | B | Dividend | K | T | | | | | |
| 42. ROYCE SPECIAL EQUITY FUND | B | Dividend | K | T | PARTIAL SELL | 4/6 | J | A | |
| 43. SCUDDER DREMAN HIGH RETURN FUND CLASS A | A | Dividend | L | T | | | | | |
| 44. SCUDDER RREEF REAL ESTATE SEC FD CLASS A | A | Dividend | J | T | PARTIAL SELL | 4/6 | K | C | |
| 45. | | | | | BUY | 9/19 | J | | |
| 46. VAN KAMPEN GLOBAL FRANCHISE FUND CLASS A | D | Dividend | M | T | BUY | 4/6 | K | | |
| 47. VAN KAMPEN GROWTH & INCOME FUND CLASS A | D | Dividend | M | T | | | | | |
| 48. FIRST CREDIT UNION ACCT | A | Interest | K | T | BUY | 6/27 | K | | |
| 49. ACTIVE ASSETS MONEY TRUST | A | Dividend | J | T | BUY | 4/6 | J | | |
| 50. DELAWARE DIVERSIFIED INCOME FUND | B | Dividend | K | T | BUY | 4/6 | J | | |
| 51. DRYDEN SH TRM CORP BOND FD CLASS A | A | Dividend | K | T | BUY | 9/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY ADV OVERSEAS FD CLASS A | B | Dividend | K | T | BUY | 9/19 | K | | |
| 53. GOLDMAN SACHS CRW OPPORTUNITIES | A | Dividend | K | T | BUY | 9/19 | K | | |
| 54. IVY LARGE CAP GROWTH FUND CLASS A | | None | K | T | BUY | 9/19 | K | | |
| 55. LORD ABBETT ALL VALUE FUND CLASS A | C | Dividend | K | S | BUY | 4/6 | K | | |
| 56. MAINSTAY SM CAP OPPORTUNITIES | B | Dividend | J | T | BUY | 9/19 | J | | |
| 57. PIMCO COMMODITY REAL RETURN | D | Dividend | L | T | BUY | 4/6 | K | | |
| 58. | | | | | BUY | 4/6 | K | | |
| 59. PIMCO FOREIGN BOND FUND | A | Dividend | | | SELL ALL | 9/16 | J | A | |
| 60. PIMCO LOW DURATION FUND | A | Dividend | | | SELL ALL | 9/16 | J | | |
| 61. TCW GALLILEO SELECT EQUITIES FD CL N | | None | | | SELL ALL | 9/16 | J | B | |
| 62. UBS DYNAMIC ALPHA FUND CLASS A | A | Dividend | L | T | BUY | 4/6 | L | | |
| 63. JOHN HANCOCK FREEDOM 529 PORTFOLIO ███████ CL A | A | Dividend | J | T | | | | | |
| 64. JOHN HANCOCK FREEDOM 529 PORTFOLIO ███████ CL A | A | Dividend | J | T | | | | | |
| 65. JOHN HANCOCK FREEDOM 529 PORTFOLIO ███████ CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I: THE POSITION OF TRUSTEE WAS COMPLETED IN FEBRUARY 2004 AND IS NO LONGER A POSITION.

PART II: THE METROPOLITAN LIFE AGREEMENT # 2 WAS COMPLETED IN 2004 AND IS NO LONGER AN AGREEMENT.

PART V:
LINE 1 - AN HONORARY MEMBERSHIP TO "THE ARIZONA CLUB" WAS RECEIVED IN JANUARY 2001 AND WAS INADVERTENTLY OMITTED FROM ALL PRIOR FINANCIAL DISCLOSURE REPORTS. ALTHOUGH IT IS IMPOSSIBLE TO DETERMINE THE ACTUAL VALUE OF THIS GIFT, REGULAR MEMBERSHIP WITH FULL PRIVILEGES ARE VALUED AT $1,040 PER YEAR.

PART VII:
LINE 8 - THIS PARTNERSHIP ISSUED A CORRECTED K-1 CHANGING 2004 BUSINESS INCOME AND INTEREST INCOME TO CODE "D", INSTEAD OF THE CODE "A" ORIGINALLY REPORTED.
LINE 59 - THIS FUND PURCHASE ON 3/26/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "J".
LINE 60 - THIS FUND PURCHASE ON 3/26/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "J".
LINE 61 - THIS FUND PURCHASE ON 3/26/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "J".
LINE 63 - THIS PURCHASE ON 2/11/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "J".
LINE 64 - THIS PURCHASE ON 2/11/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "J".
LINE 65 - THIS PURCHASE ON 2/11/2004 WAS INADVERTENTLY OMITTED FROM MY 2004 FINANCIAL DISCLOSURE REPORT. THE PURCHASE WAS A CODE "K".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _9 MAY 06_

NOTE: ANY [  ]UAL WHO KNOWINGLY AND [  ]LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544